b18
02/09

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Steven L. Dix**
15217 Hilltop Circle
Poway, CA 92064

Case number: 09−09432−PB7
Chapter: 7
Judge Peter W. Bowie

Social Security No.: xxx−xx−2161
*Debtor: No Known Aliases*

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 9/29/09

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0974-3            User: admin                 Page 1 of 2                  Date Rcvd: Sep 30, 2009
Case: 09-09432                  Form ID: b18                Total Noticed: 50

The following entities were noticed by first class mail on Oct 02, 2009.
db           +Steven L. Dix,   15217 Hilltop Circle,   Poway, CA 92064-2407
aty          +Alan L. Williams,    Law Offices of Alan L. Williams,   2550 Fifth Avenue, Suite 550,
               San Diego, CA 92103-6622
tr            Richard M Kipperman,    Corporate Management,   P.O. Box 3010,   La Mesa, CA 91944-3010
smg          +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
               San Diego, CA 92108-4424
smg          +Dun & Bradstreet,    Attn: Public Records, Maryanne Bachert,   899 Eaton Ave.,
               Bethlehem, PA 18025-0025
smg          +Employment Develop. Dept., State of CA,    Bankruptcy Unit - MIC 92E,   P.O. Box 826880,
               Sacramento, CA 94280-0001
smg          +State Board of Equalization,    P.O. Box 942879,   Sacramento, CA 94279-0001
11909613      ASC,   P.O. Box 9039,   Temecula, CA 92589-9039
11933776     +America's Servicing Company,    Pite Duncan, LLP,   4375 Jutland Drive, Suite 200,
               San Diego, CA 92117-3600
11909612     +Amish Custom Cabinets/Judah Crafters,    Don Teanor,   194 Hillcrest Way,   Bedford, IN 47421-5806
11909615     +Bank Of America,    Pob 17054,   Wilmington, DE 19884-0001
11909616     +Ben Marguiles,    C/O Ridgeway & Warner,   735 State St., 250,   Santa Barbara, CA 93101-5509
11909617     +Bender Lumber,    611 W. 11th St.,   Bloomington, IN 47404-3792
11909618     +Berna Keiler,    C/O Ridgeway & Warner,   735 State Street # 250,   Santa Barbara, CA 93101-5509
11909619     +Bernie Sandler; Sandler Investments, Inc,    C/O Ridgeway & Warner,   735 State Street #250,
               Santa Barbara, CA 93101-5509
11909620      Blue Falme Gas,    7665 State Road # 17,   Bedford, IN 47421
11909621      Brian Pierce & Sons,    1575 Old State Road, Suite 37N,   Bedford, IN 47421
11909622     +California Coast Cu,    Po Box 509074,   San Diego, CA 92150-9074
11909625     +Chase Manhattan Mortga,    10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
11909626     +Cit Bank/dfs,    12234 N Ih 35 Sb Bldg B,   Austin, TX 78753-1705
11909627      Darrell Davis,    3630 Moores Pike,   Bloomington, IN 47401
11909628     +David & Susan Gackenbach,    C/O Hocking Denton Palmquist,   P.O. Box 5339,
               Santa Barbara, CA 93150-5339
11909629      Dell Fiancial Services,    C/O DFS Customer Care Department,   P.O. Box 81577,
               Austin, TX 78708-1577
11909630     +Diane Boss,    C/O Ridgeway & Warner,   735 State Street Suite 250,   Santa Barbara, CA 93101-5509
11909632     +Duke Energy,    Helvey & Associates,   1015 E. Center Street,   Warsaw, IN 46580-3420
11909633      Dwight & Connie Hart,    C/O J. Scott Calahan Attorney At Law,   1301 16th Street,
               Bedford, IN 47421
11909634     +Gail Barkhausen,    11868 Paeo Lucido # 2049,   San Diego, CA 92128-7210
11909635     +Goodyearcbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
11909636     +Holt Farms,    Dba Hillcrest Developement Partners,   P.O. Box 118,   Clear Creek, IN 47426-0118
11909637     +Jay S. Stein Trustee,    C/O Hocking Denton Palmquist,   P.O. Box 5339,
               Santa Barbara, CA 93150-5339
11909638      Julie Friedman,    C/O Howard Blitz,   101960 Wilshire Blvd.,   Los Angeles, CA 90024
11909643     +MJ Schuetz Agency,    P.O. Box 44070,   55 Monument Circle # 150,   Indianapoilis, IN 46204-2910
11909639     +Mark Murphy,    202 Rochelle Drive,   Bedford, IN 47421-5548
11909640     +Mary Chamberlain,    C/O Phillip Chamberland,   P.O. Box 224,   Clean Creek, IN 47426-0224
11909641     +Maxine Dix,    5761 Avenida Sanchez,   San Diego, CA 92124-1223
11909642     +Michael Carmin,    AHMCP, PC,   400 W 7th Street # 104 P.O. Box 2639,   Bloomington, IN 47402-2639
11909644     +Mor Furnitur,    Po Box 94498,   Las Vegas, NV 89193-4498
11909645     +Philip Chamberlain,    Attorney At Law,   P.O. Box 224,   Clean Creek, IN 47426-0224
11909646     +Sallie Mae,    1002 Arthur Dr,   Lynn Haven, FL 32444-1683
11909647     +Sandler Investments, Inc.,    C/O Ridgeway & Warner,   735 State Street, Ste. 250,
               Santa Barbara, CA 93101-5509
11909648     +Southern IN Utilities,    244 Carpenter Drive,   Mitchell, IN 47446-6605
11909649     +Steven Emery,    Bunger & Robertson,   226 South College Square; P.O. Box 910,
               Bloomington, IN 47402-0910
11909650     ++++WILLIS EICHER,    CAMEO GROUP,   11452 E 800 N,   LOOGOOTEE IN 47553-5634
              (address filed with court: Willis Eicher,    Cameo Group,   RR#3; Box 332-A,
               Loogootee, IN 47501)
The following entities were noticed by electronic transmission on Sep 30, 2009.
smg           EDI: CALTAX.COM Sep 30 2009 19:04:00      Franchise Tax Board,   Attn: Bankruptcy,
               P.O. Box 2952,   Sacramento, CA 95812-2952
smg           E-mail/Text: ustp.region15@usdoj.gov                           Office of the U.S. Trustee,
               402 West Broadway, Ste. 600,   San Diego, CA 92101-8511
ust           E-mail/Text: ustp.region15@usdoj.gov                           United States Trustee,
               Office of the U.S. Trustee,    402 West Broadway, Suite 600,   San Diego, CA 92101-8511
11909615     +EDI: BANKAMER2.COM Sep 30 2009 19:03:00      Bank Of America,   Pob 17054,
               Wilmington, DE 19884-0001
11909614     +EDI: BANKAMER.COM Sep 30 2009 19:03:00      Bank Of America,   4161 Piedmont Pkwy,
               Greensboro, NC 27410-8119
11909623     +EDI: CAPITALONE.COM Sep 30 2009 19:03:00      Cap One,   Po Box 85520,   Richmond, VA 23285-5520
11909624     +EDI: CHASE.COM Sep 30 2009 19:03:00      Chase,   P.O. Box 78116,   Phoenix, AZ 85062-8116
11909631     +E-mail/Text: joeydeleon@downeysavings.com                           Downey Savings And Loan,
               3501 Jamboree Rd Ste 410,   Newport Beach, CA 92660-2939
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust              United States Trustee Office
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0974-3          User: admin              Page 2 of 2              Date Rcvd: Sep 30, 2009
Case: 09-09432                Form ID: b18             Total Noticed: 50
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2009**                              **Signature:** _Joseph Speetjens_